UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALID MIZYED                                              CIVIL ACTION

VERSUS                                                    NUMBER: 12-0382

DELTA AIRLINES, INC.                                      SECTION: "C" 1

**J U D G M E N T**

Considering the Court having granted defendants' motion to dismiss, record document no. 19; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant, Delta Airlines, Inc., and against the plaintiff, Walid Mizyed, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 15th day of May 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE